UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KAREN HYLTON-BROWN,<br><br>Defendant. | Case No.: 23-cr-262 (CKK) |

**GOVERNMENT'S NOTICE OF ABSENCE OF 404(B) AND 609 EVIDENCE**

Pursuant to the Court's November 27, 2023 Minute Order, the Government notifies the Court and counsel that it does not intend to introduce any evidence under Federal Rule of Evidence 404(b) or, should Ms. Hylton-Brown testify, does not intend to impeach her using any prior convictions pursuant to Federal Rule of Evidence 609(a).

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By:     */s/ Cameron A. Tepfer*
Cameron A. Tepfer
D.C. Bar No. 1660476
Shehzad Akhtar
D.C. Bar No. 493635
Assistant United States Attorneys
601 D Street NW
Washington, D.C. 20530
202-258-3515
Cameron.Tepfer@usdoj.gov

1